IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

VIRGINIA JIMENEZ-GARCIA,            )
HORTENCIA GARCIA-GARCIA, AND        )
JESUS VIZCARRA-MEZA                 )
                                    )
            Plaintiffs,             )
vs.                                 )            Case No.  6:19-cv-01110
                                    )
ZAVALA PLUS LLC                     )
                                    )
            Defendant.              )
                                    )

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby provide

notice of the voluntary dismissal without prejudice of all claims and causes of action asserted by

Plaintiffs against Defendant in the above captioned action.

Respectfully submitted:

By: *Theodore C. Davis*
Theodore C. Davis, #25951
DEVAUGHN JAMES INJURY LAWYERS
3241 Toben St.
Wichita, Kansas 67226
Telephone: 316-977-9999
Facsimile: 316-425-0414
E-mail: tdavis@devaughnjames.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 5, 2019, a true and correct copy of the

above and foregoing was sent via electronic mail to:

Tracy M. Hayes
Jordon T. Stanley
SANDERS WARREN RUSSELL & SCHEER LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
t.hayes@swrsllp.com
j.stanley@swrsllp.com
*Attorneys for Defendant*


                                                    _/s/ Theodore C. Davis_____
                                                    Theodore C. Davis, #25951
                                                    Richard W. James, #19822